# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## ORLANDO District of FLORIDA

Case Number: 6:11-CV-233-OVL-35DAB

Plaintiff:
GOOD SPORTS DAYTONA INC., ETC., ET AL.

vs.

Defendant:
CONSOLIDATED DISTRIBUTORS INC. AKA JOE COOL, INC., ETC. ET AL.

For:
Kelly Kwiatek
COBB & COLE
150 Magnolia Ave.
Post Office Box 2491
Daytona Bch. Fl, FL 32115-2491

Received by MAX J. GARCIA, INC. on the 17th day of February, 2011 at 1:07 pm to be served on **JOE COOL, INC. C/O MICHELE AMAR, AS REGISTERED AGENT, 1085 W GRANADA BLVD., ORMOND BEACH, FL 32174.**

I, HENRY SANBORN, being duly sworn, depose and say that on the **18th day of February, 2011** at **12:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS,COMPLAINT-INJUNCTIVE RELEAF SOUGHT,MOTION FOR ADMISSION PRO HAC VICE,AND WRITTEN DESIGNATION AND CONSENT TO ACT PURSANT TO LOCAL RULE 2.02,RELATED CASE ORDER AND TRACK TWO NOTICE,NOTICE OF PENDENCY OF OTHER ACTIONS,INTERESTED PERSONS ORDER FOR CIVIL CASES** with the date and hour of service endorsed thereon by me, to: **YOSAS AMAR** as **PRESIDENT** for **JOE COOL, INC.**, at the address of: **1085 W GRANADA BLVD., ORMOND BEACH, FL 32174**, and informed said person of the contents therein, in compliance with state statutes.

In the absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporation's place of business.

I am over the age of 18 and have no interest in the above action and am in good standing in the judicial circuit in which the process was served.

HENRY SANBORN
Process Server

Subscribed and Sworn to before me on the 22nd day of February, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

MAX J. GARCIA, INC.
2607 S Woodland Blvd#273
Deland, FL 32720
(386) 212-7355

Our Job Serial Number: MJG-2011003149
Ref: GOOD SPORTS DAYTONA INC.



LISA M. GARCIA
MY COMMISSION # DD 910476
EXPIRES: July 23, 2013
Bonded Thru Notary Public Underwriters

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

Answer
Due
3/10

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| GOOD SPORTS DAYTONA, INC., a Florida corporation, GOOD SPORTS, INC., a Connecticut corporation, and DAYTONA REGIONAL CHAMBER OF COMMERCE, INC., a Florida non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CONSOLIDATED DISTRIBUTORS, INC. a/k/a JOE COOL, INC., a New York corporation, JOE COOL, INC., a Florida corporation, and METTEMP, INC., a New York corporation,<br><br>Defendants. | CASE NO. 6:11-cv-233-ovl-35DAB |

---

### SUMMONS IN A CIVIL ACTION

To:  JOE COOL, INC.
c/o Michele Amar, as Registered Agent
1085 W. Granada Blvd.
Ormond Beach, FL 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Heather Bond Vargas and
> Kelly Parsons Kwiatek
> 150 Magnolia Avenue
> Daytona Beach, FL 32114
> Telephone: (386) 255-8171
> Facsimile: (386) 255-0093

{026201-003 : JABOI/JABOI : 01177608.DOC; 1}    1

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Date: 02.14.2011

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*