AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   METTEMP, INC C/0 D. BAKSHET

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   I was unable to gain _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and S _____ for services, for a total of S   0.00

I declare under penalty of perjury that this information is true.

Date:   MARCH 8, 2011                          *(signature)*
                                               Server's signature

                                               ANDRE PARKER
                                               Printed name and title


                                               P.O. BOX 380145, BROOKLYN, NY 11238
                                               Server's address

Additional information regarding attempted service, etc:

Attempts were made on 2/28/2011 at 1155 hrs. and 3/01/2011 0900 hrs.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GOOD SPORTS DAYTONA, INC., a Florida corporation, GOOD SPORTS, INC., a Connecticut corporation, and DAYTONA REGIONAL CHAMBER OF COMMERCE, INC., a Florida non-profit corporation,**

      **Plaintiffs,**

**v.**

**CONSOLIDATED DISTRIBUTORS, INC. a/k/a JOE COOL, INC., a New York corporation, JOE COOL, INC., a Florida corporation, and METTEMP, INC., a New York corporation,**

      **Defendants.**

CASE NO. 6:11-cv-233-Orl-35DAB

---

## SUMMONS IN A CIVIL ACTION

To:   **METTEMP, INC.**
       **c/o D. Bakshet**
       **719 Eastern Parkway**
       **Brooklyn, NY 11231**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Heather Bond Vargas and
                Kelly Parsons Kwiatek
                150 Magnolia Avenue
                Daytona Beach, FL 32114
                Telephone: (386) 255-8171
                Facsimile: (386) 255-0093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Date: 02.14.2011

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk