AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* | CONSOLIDATED DISTRIBUTORS, INC.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because   the address was bad   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  

I declare under penalty of perjury that this information is true.

Date:  MARCH 8, 2011  

*Server's signature*

ANDRE PARKER
*Printed name and title*

P.O. BOX 380145, BROOKLYN, NY 11238
*Server's address*

Additional information regarding attempted service, etc:
Attempts were made on 2/28/2011 at 1155 hrs. and 3/01/2011 0900 hrs.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC., a Florida corporation, GOOD SPORTS, INC., a Connecticut corporation, and DAYTONA REGIONAL CHAMBER OF COMMERCE, INC., a Florida non-profit corporation,

CASE NO. 6:11-cv-233-Orl-35DAB

    Plaintiffs,

v.

CONSOLIDATED DISTRIBUTORS, INC. a/k/a JOE COOL, INC., a New York corporation, JOE COOL, INC., a Florida corporation, and METTEMP, INC., a New York corporation,

    Defendants.

## SUMMONS IN A CIVIL ACTION

To:   CONSOLIDATED DISTRIBUTORS, INC.
      c/o DM Schneerson
      483 Kingston Ave.
      Brooklyn, NY 11231

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                              Heather Bond Vargas and
                              Kelly Parsons Kwiatek
                              150 Magnolia Avenue
                              Daytona Beach, FL 32114
                              Telephone: (386) 255-8171
                              Facsimile: (386) 255-0093

{026201-003 : JABOI/JABOI : 01177432.DOC; 1}          1

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02.14.2011

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*