AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC., a Florida corporation, GOOD SPORTS, INC., a Connecticut corporation, and DAYTONA REGIONAL CHAMBER OF COMMERCE, INC., a Florida non-profit corporation,

    Plaintiffs,

v.

CONSOLIDATED DISTRIBUTORS, INC. a/k/a JOE COOL, INC., a New York corporation, JOE COOL, INC., a Florida corporation, and METTEMP, INC., a New York corporation,

    Defendants.

CASE NO. 6:11-cv-233-Orl-35-DAB

## ALIAS SUMMONS IN A CIVIL ACTION

To: CONSOLIDATED DISTRIBUTORS, INC.
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather Bond Vargas and
        Kelly Parsons Kwiatek
        150 Magnolia Avenue
        Daytona Beach, FL 32114
        Telephone: (386) 255-8171
        Facsimile: (386) 255-0093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03.14.2011

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC., a Florida corporation, GOOD SPORTS, INC., a Connecticut corporation, and DAYTONA REGIONAL CHAMBER OF COMMERCE, INC., a Florida non-profit corporation,

CASE NO. 6:11-cv-233-or-35 DAB

Plaintiffs,

v.

CONSOLIDATED DISTRIBUTORS, INC. a/k/a JOE COOL, INC., a New York corporation, JOE COOL, INC., a Florida corporation, and METTEMP, INC., a New York corporation,

Defendants.

## ALIAS SUMMONS IN A CIVIL ACTION

To:   METTEMP, INC.
      c/o Secretary of State
      P.O. Box 6327
      Tallahassee, FL 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Heather Bond Vargas and
          Kelly Parsons Kwiatek
          150 Magnolia Avenue
          Daytona Beach, FL 32114
          Telephone: (386) 255-8171
          Facsimile: (386) 255-0093

{026201-003 : CELTO/CELTO : 01191261.DOC; 1}        1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03.14.2011

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk