**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **GOOD SPORTS DAYTONA, INC.**, a Florida corporation, **GOOD SPORTS, INC.**, a Connecticut corporation, and **DAYTONA REGIONAL CHAMBER OF COMMERCE, INC.**, a Florida non-profit corporation, | **CASE NO. 6:11-CV-00233-MSS-DAB** |
| Plaintiffs, | |
| v. | |
| **CONSOLIDATED DISTRIBUTORS, INC.** a/k/a **JOE COOL, INC.**, a New York corporation, **JOE COOL, INC.**, a Florida corporation, and **METTEMP, INC.**, a New York corporation, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__ is related to pending or closed civil or civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. Plaintiff, Daytona Regional Chamber of Commerce, Inc., has filed an opposition to a trademark application of defendant, Consolidated Distributors, Inc. a/k/a Joe Cool, Inc., in the United States Patent and Trademark Office, which is pending before the Trademark Trial and Appeal Board, Proceeding No. 91193908 (suspended pending the outcome of this civil action), and will be filing an opposition to an additional trademark application of said defendant, which has not yet been assigned a proceeding number by the Trademark Trial and Appeal Board.

_____ is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.



By:  /s/ Kelly Parsons Kwiatek
HEATHER BOND VARGAS
FLA. BAR NO. 230900
KELLY PARSONS KWIATEK
FLA. BAR NO. 0860611
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9220
Facsimile: (386) 944-7964
Heather.Vargas@CobbCole.com
Kelly.Kwiatek@CobbCole.com
ATTORNEYS FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed this __28th__ day of ___March_____, 2011, with the CM/ECF system, which will send an automatic notification and copy to the following:

| | |
|---|---|
| Louis R. Gigliotti, Esq. | Mario G. Ceste, Esq. |
| Alcoba & Associates, P.A. | Law Offices of Mario G. Ceste, LLC |
| 3399 NW 72nd Avenue, Suite 211 | P.O. Box 82 |
| Miami, FL 33122 | Wallingford, CT 06492 |
| Email: lgigliotti@bellsouth.net | mgcpls@usa.net, mgclaw@snet.net |

/s/ Kelly Parsons Kwiatek
Attorney
