UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **GOOD SPORTS DAYTONA, INC.**, a Florida corporation, **GOOD SPORTS, INC.**, a Connecticut corporation, and **DAYTONA REGIONAL CHAMBER OF COMMERCE, INC.**, a Florida non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**CONSOLIDATED DISTRIBUTORS, INC.** a/k/a **JOE COOL, INC.**, a New York corporation, **JOE COOL, INC.**, a Florida corporation, and **METTEMP, INC.**, a New York corporation,<br><br>Defendants. | CASE NO. 6:11-CV-00233-MSS-DAB |

**UNOPPOSED MOTION TO CONDUCT CASE MANAGEMENT CONFERENCE
BY TELEPHONE AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs/Counter-Defendants, GOOD SPORTS DAYTONA, INC., GOOD SPORTS, INC., and DAYTONA REGIONAL CHAMBER OF COMMERCE, move this Court for an order permitting the meeting of the parties for purposes of preparing and filing a case management report by telephone rather than in person.

Memorandum of Law

Pursuant to Local Rule 3.01(a) of this Court, plaintiffs submit the following memorandum of law in support of its motion to hold case management conference telephonically.

Plaintiffs filed a complaint on February 11, 2011, and sued defendants for declaratory and injunctive relief arising under the Lanham Act of 1946, as amended, 15 U.S.C. §§1051, et seq. The case was designated by the Clerk as a Track Two Case and according to Local Rule 3.05(c)(2)

counsel shall meet within sixty (60) days after service of the complaint upon the defendant for the purpose of preparing and filing a Case Management Report.

Pursuant to Local Rule 3.01(i) counsel are encouraged to use telephonic conferences, whenever possible, particularly when counsel are located in different cities.

Counsel for plaintiffs are located in Daytona Beach, and in Wallingford, Connecticut. Counsel for defendant, JOE COOL, INC., is located in Miami. Travel by the parties in this case for purposes of the Case Management Conference would add unnecessary expenses to the cost of the litigation.

Permitting the parties to meet by telephone will conserve the parties' time and resources.

Counsel for defendant, Joe Cool, Inc., consents to this motion and will not be prejudiced by conducting the meeting by telephone.

## LOCAL RULE 3.01(G) CERTIFICATE

Counsel for plaintiffs certifies that prior to filing this motion, she has conferred with counsel for defendant, Joe Cool, Inc., in a good faith effort to resolve the issues raised by this motion and that counsel for the defendant does do not oppose the granting of the relief requested herein.

WHEREFORE, plaintiffs respectfully request this Court enter an order granting plaintiffs' unopposed motion to hold case management conference telephonically.

- 3 -



By:   /s/ Kelly Parsons Kwiatek
     HEATHER BOND VARGAS
     FLA. BAR NO. 230900
     KELLY PARSONS KWIATEK
     FLA. BAR NO. 0860611
     150 Magnolia Avenue
     Post Office Box 2491
     Daytona Beach, FL 32115-2491
     Telephone: (386) 323-9220
     Facsimile:  (386) 944-7964
     Heather.Vargas@CobbCole.com
     Kelly.Kwiatek@CobbCole.com
     ATTORNEYS FOR THE PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been filed this __28th__ day of __March__, 2011, with the CM/ECF system, which will send an automatic notification and copy to the following:

| | |
|---|---|
| Louis R. Gigliotti, Esq. | Mario G. Ceste, Esq. |
| Alcoba & Associates, P.A. | Law Offices of Mario G. Ceste, LLC |
| 3399 NW 72nd Avenue, Suite 211 | P.O. Box 82 |
| Miami, FL 33122 | Wallingford, CT 06492 |
| Email: lgigliotti@bellsouth.net | mgcpls@usa.net, mgclaw@snet.net |

                                               /s/ Kelly Parsons Kwiatek
                                                   Attorney