UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC., a Florida corp.,
GOOD SPORTS, INC., a Connecticut corp.,
and DAYTONA REGIONAL CHAMBER OF
COMMERCE,  a Florida non-profit corp.,         CASE NO.: 6:11-CV-00233-MSS-DAB

      Plaintiff,
v.

CONSOLIDATED DISTRIBUTORS, INC.
a/k/a JOE COOL, INC., a New York corp.,
JOE COOL, INC., a Florida corp., and
METTEMP, INC., A New York corp.,

      Defendants.
_____/

## DEFENDANT'S COUNSEL'S MOTION TO WIHDRAW

COME NOW, Counsel for Defendant, JOE COOL, INC., and pursuant to Local Rule 2.03, and file their Motion to Withdraw and as for grounds, states as follows:

### INTRODUCTION

The undersigned law firm filed an Answer, Affirmative defenses, and Counterclaims in the above-styled cause.  There are currently two other Defendants that have not yet been served. There is not currently any activity in the case, nor are there any papers required to be filed by the Defendant.

Due to irreconcilable differences that have developed between the undersigned and the client, it is not possible or practicable for the undersigned to continue to represent the client. There are strategic differences, philosophical, and ethical issues that cannot be resolved between the client and the undersigned.

1

Pursuant to Local Rule 2.03, the undersigned has satisfied the requirement that 10 days notice be provided to the client and to opposing counsel.  The undersigned has complied with the requirement, or it has been waived.

The filing of this motion is not for mere purpose of delay, nor are there any pending matters that would jeopardize the client should the Court grant the Motion to Withdraw.  The undersigned respectfully further requests that the Court allow Defendant 20 days to find new counsel.

Plaintiff's counsel does not object to the filing of this Motion.

WHEREFORE, the undersigned respectfully requests an Order granting undersigned counsel's Motion to Withdraw, and an Order allowing Defendant Joe Cool, Inc. 20 days to find new counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail 1st Class, to:  Heather Bond Vargas, Esq., Cobb Cole, 150 Magnolia Avenue, Daytona Beach, FL 32114, and via email at heathervargas@cobbcole.com this 2nd  day of May, 2011.

Alcoba & Associates, P.A.

By:___s/Louis R. Gigliotti_____
Alcoba & Associates
Louis R. Gigliotti, Esq.
Florida Bar No.: 71935
3399 NW 72nd Avenue, Suite 211
Miami, FL 33122
Tel: (305) 362-8118
Fax: (305) 436-7429
Email: lgigliotti@bellsouth.net