**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GOOD SPORTS DAYTONA, INC., GOOD SPORTS, INC., and DAYTONA REGIONAL CHAMBERS OF COMMERCE, INC.,**

        **Plaintiffs,**

**-vs-**                                 **Case No. 6:11-cv-233-Orl-35DAB**

**CONSOLIDATED DISTRIBUTORS, INC., a/k/a Joe Cool, Inc., JOE COOL, INC., and METTEMP, INC.,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (Doc. No. 21)**
>
> **FILED:**      May 3, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.
>
> **MOTION:**    **DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (Doc. No. 22)**
>
> **FILED:**      May 4, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

A corporation cannot appear in this court pro se, but can be heard only through counsel; therefore, any motion to withdraw as counsel for Joe Cool, Inc. will be denied unless other counsel is substituted.  *See* Local Rule 2.03(d).

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record