**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GOOD SPORTS DAYTONA, INC.,**
**GOOD SPORTS, INC. and DAYTONA**
**REGIONAL CHAMBER OF COMMERCE,**
**INC.,**

        Plaintiffs,

-v-                                 **CASE NO.  6:11-CV-233-ORL-35DAB**

**CONSOLIDATED DISTRIBUTORS, INC.,**
a/k/a Joe Cool, Inc., **JOE COOL, INC.,**
and **METTEMP, INC.,**

        Defendants.
_____

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Defendant Joe Cool, Inc. has failed to comply with the Court's Order (Doc. No. 14) of March 18, 2011, directing Defendant Joe Cool, Inc. to file a *Certificate of Interested Persons*. Accordingly, it is

**ORDERED** that the **Defendant Joe Cool, Inc**. shall file a Certificate of Interested Persons **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

**DONE and ORDERED** at Orlando, Florida this 5th day of May 2011.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE