UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC., a Florida corp.,
GOOD SPORTS, INC., a Connecticut corp.,
and DAYTONA REGIONAL CHAMBER OF
COMMERCE, a Florida non-profit corp.,         CASE NO.: 6:11-CV-00233-MSS-DAB

    Plaintiffs,
v.

CONSOLIDATED DISTRIBUTORS, INC.
a/k/a JOE COOL, INC., a New York corp.,
JOE COOL, INC., a Florida corp., and
METTEMP, INC., A New York corp.,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action –including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

| | |
|---|---|
| **Louis R. Gigliotti, Esq.** | **Counsel for Joe Cool, Inc.** |
| **Ruben Alcoba, Esq.** | **Counsel for Joe Cool, Inc.** |
| **Jason Daniel, Esq.** | **Counsel for Joe Cool, Inc.** |
| **Joe Cool, Inc.** | **Defendant** |

1

| | |
|---|---|
| **Mettemp, Inc.** | **Unserved Defendant (New York Corp.)** |
| **Consolidated Distributors, Inc.** | **Unserved Defendant (New York Corp.)** |
| **Yosef Amar** | **Owner of Defendant Joe Cool, Inc.** |
| **Joe Cool Bike Week, Inc.** | **Florida Corp. owned by Yosef Amar** |
| **Larry McKinney** | **Daytona Regional Chamber of Commerce** |

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None Known.**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

**None Known.**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Joe Cool, Inc.**

**Yosef Amar**

**Mettemp, Inc.**

**Consolidated Distributors, Inc.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I HEREBY CERTIFY that the foregoing has been filed this 11th day of May, 2011, with the CM/ECF system, which will send an automatic copy to the following, and a copy via US Mail 1st Class, to: Heather Bond Vargas, Esq., Cobb Cole, 150 Magnolia Avenue, Daytona Beach, FL 32114, and via email at heathervargas@cobbcole.com this 11th day of May, 2011.

Alcoba & Associates, P.A.

By: s/Louis R. Gigliotti,Esq.
Alcoba & Associates
Louis R. Gigliotti, Esq.
Florida Bar No.: 71935
3399 NW 72nd Avenue, Suite 211
Miami, FL 33122
Tel: (305) 362-8118
Fax: (305) 436-7429
Email: lgigliotti@bellsouth.net