UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GOOD SPORTS DAYTONA, INC.,     CASE NO.: 6:11-cv-233-ORL-35-DAB
a Florida corporation, GOOD SPORTS,
INC., a Connecticut corporation and
DAYTONA BEACH REGIONAL CHAMBERS
OF COMMERCE, INC., a Florida
Non-profit corporation,

         Plaintiffs,

v.

CONSOLIDATED DISTRIBUTORS,
INC. a/k/a JOE COOL, INC., a New
York corporation, JOE COOL, INC.,
a Florida corporation, and METTEMP,
INC., a NEW YORK corporation,

         Defendants.
_____/

## STIPULATION AS TO SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** that LOUIS R. GIGLIOTTI, JR., ESQUIRE, shall be substituted by DIEGO HANDEL, ESQUIRE, as Attorney of record for Defendant, JOE COOL, INC., a Florida corporation. As reason therefore, DIEGO HANDEL, ESQUIRE would show unto the Court that he has been retained by Defendant, JOE COOL, INC., a Florida corporation, as counsel in the above-styled case.

_____     _____
DIEGO HANDEL, ESQUIRE                    Louis R. Gigliotti, Esquire
149 S. Ridgewood Avenue                   Alcoba & Associates, P.A.
Suite 220, Box N                                The Law Offices of Jason Daniel
Daytona Beach, FL, 32114                  Fla. Bar No.: 71935
Telephone: (386) 252-4493                 3399 NW 72nd Avenue, Suite 211
Facsimile: (386) 248-2237                  Miami, FL 33122
Fla. Bar No.: 384429                               Telephone: (305) 362-8118
E-mail: dhandel@bellsouth.net            Facsimile: (305) 436-7429
                                                        Email: lgigliotti@bellsouth.net